# SECOND AMENDED EXHIBIT A

| Claimant No. | Claimant Name | Check Amount | Address 1 | Address 2 | City | State | ZipCode |
|---|---|---|---|---|---|---|---|
| 402002090 | Baker Pyromet | $ 704.61 | 311 Third Street | | Grenville | PA | 16125 |
| 402024300 | Ikon Office Solutions | $ 924.86 | 3100 Research Drive | | State College | PA | 16801-2751 |
| 402027290 | Keystone Health Plan Central | $ 1,476.32 | PO Box 898812 | | Camp Hill | PA | 17089-8812 |
| 402029220 | Kvaerner Metals | $ 521.03 | 1200 Penn Avenue | | Pittsburgh | PA | 15222-4204 |
| 402032120 | Mann Edge Tool | $ 1,644.05 | PO Box 351 | | Lewistown | PA | 17044 |
| 402033030 | Mayfran Mid-Atlantic | $ 987.29 | PO Box 879 | | Kennett Square | PA | 19348 |
| 402037600 | National Re & Minerals | $ 1,551.42 | 7537 Mentor Ave | Ste. 104 | Mentor | OH | 44060-5400 |
| 402037290 | Ondeo Nalco | $ 453.97 | Larry Grogan, MRG-Cust Credit | Ondeo Nalco Center | Naperville | IL | 60563-1198 |
| 402038940 | Optimal Technologies | $ 2,097.23 | 575 William Pitt Way | | Pittsburgh | PA | 15238 |
| 402053920 | Valdunes | $ 1,647.44 | Immbuble Pacific | 11-13 Cours Valmy, TSA 40004 | 92070 La Defense | CE | |
| 402054410 | Vesuvius/Flo-Con Steel | $ 1,609.53 | 50 North Green Lane | | Zelienople | PA | 16063 |
| 402056000 | Weinman Pump & Supply | $ 844.34 | Box 11403, 110 Delta Drive | RIDC Industrial Park | Pittsburgh | PA | 15238 |
| | **SubTotal** | $ 14,462.08 | | | | | |