# AMENDED EXHIBIT B

| Claim Schedule No. | Claimant Name | Check Amount | Address 1 | Address 2 | City | State | ZipCode |
|---|---|---|---|---|---|---|---|
| 402000300 | ACI Standard | $ 4.34 | PO Box 11236 | | Birmingham | AL | 36202-1236 |
| 402000450 | Aearo | $ 43.61 | PO Box 180268 | | St Louis | MO | 63160-6026 |
| 402000520 | Airline Hydraulics | $ 0.20 | Industrial Park | 2A Interchange Place | York | PA | 17402 |
| 402000700 | Allegheny High Lift | $ 28.55 | R D #6, Box 510 | Lincoln Highway West | Greensburg | PA | 15601 |
| 402000860 | Alternative Testing Lab | $ 35.11 | 10 Monongahela Ave. | | Glassport | PA | 15045 |
| 402000930 | American Society for Quality | $ 1.77 | PO Box 3033 | | Milwaukee | WI | 53201-3033 |
| 402000950 | Ames, B.C. | $ 2.62 | 131 Lexington St. | | Waltham | MA | 02254 |
| 402001280 | Apollo Enterprises | $ 4.86 | PO Box 4739 | PO Box 10 | San Dimas | CA | 91773-9998 |
| 402001460 | Army & Navy Store | $ 38.07 | 800 Ligonier St. | | Latrobe | PA | 15650 |
| 402001470 | Arnold Printed Communications | $ 263.55 | 121 Maple Hollow Road | | Duncansville | PA | 16635 |
| 402001510 | Artcraft Printers | $ 12.27 | 1306 Jefferson Street | | Latrobe | PA | 15650 |
| 402001570 | Astle Hy Tools | $ 3.70 | 265 Hopkins Street | | Buffalo | NY | 14220 |
| 402001590 | At&T Cable Services | $ 3.64 | PO Box 173885 | | Denver | CO | 80217-3885 |
| 402001820 | Aviv | $ 2.57 | PO Box 772 | | Garden City | NY | 11530 |
| 685 | AWS Remediation | $ 551.33 | One Triangle Lane | | Export | PA | 15632 |
| 608 | Axis Computer Systems | $ 89.43 | 201 Boston Post Road West | | Marlborough | MA | 01752 |
| 609 | Axis Computer Systems | $ 31.92 | 201 Boston Post Road West | | Marlborough | MA | 01752 |
| 624 | Axis Computer Systems | $ 66.70 | 201 Boston Post Road West | | Marlborough | MA | 01752 |
| 402001880 | B D P International | $ 48.34 | PO Box 7780-1629 | | Philadelphia | PA | 19182-0212 |
| 402001990 | Bailey Fischer & Rolter | $ 2.92 | C/O R.V.S. Controls | 380 Lapp Road | Malvern | PA | 19355 |
| 402002440 | Bar Manufacturing | $ 31.93 | PO Box 151 | 1900 Elyria Avenue | Lorain | OH | 44052-0151 |
| 402004290 | Blico Safety Products | $ 341.01 | 3301 Marion Street | | Laureldale | PA | 19605 |
| 402004370 | Biro Electric Supply | $ 61.68 | 810 Honner Street | | Johnstown | PA | 15902 |
| 402004690 | Bloom ENGR Co. | $ 23.23 | 27 Blacksmith Road | Suite 103 | Newtown | PA | 18940-1870 |
| 402004710 | Bloom's Inc. | $ 4.07 | 135 Freshwater Blvd. | PO Box 1270 | Enfield | CT | 06083-1270 |
| 402005340 | Boyer Printing & Binding | $ 2.39 | PO Box 509 | | Lebanon | PA | 17042 |
| 402006560 | Buffalo Technologies | $ 45.33 | PO Box 1041 | | Buffalo | NY | 14240 |
| 402007030 | C&M Collins Calibration | $ 15.66 | PO Box 149 | | Gibsonia | PA | 15044 |
| 402007050 | Cal Tec Labs | $ 1.55 | 3091 Washington Pike | | Bridgeville | PA | 15017-0368 |
| 402007300 | CapmcLTD | $ 0.64 | PO Box 249 | | Greencastle | PA | 17225 |
| 402007370 | Carlyle Johnson Machine | $ 46.43 | 500 Hayden Station Road | | Windsor | CT | 06095 |
| 402007760 | Central PA Surgical Assoc. | $ 2.40 | Suite 200 - 27 Sandy Lane | | Lewistown | PA | 17044 |
| 402007800 | Centre Health Network | $ 8.59 | PO Box 644 | 501 Rolling Ridge Dr., Suite 120 | State College | PA | 16801 |
| 402007820 | Centre Pathology Associates | $ 8.05 | PO Box 13700 | | Philadelphia | PA | 19191-1397 |
| 402007860 | CF Motor Freight | $ 17.24 | PO Box 7777 W9100 | | Philadelphia | PA | 19175 |
| 402007870 | CGLIC | $ 44.59 | C/O Mellon Bank | PO Box 360975M | Pittsburgh | PA | 15251 |
| 402008340 | Citicorp Vendor Finance | $ 18.61 | PO Box 8500-6075 | | Philadelphia | PA | 19178-6075 |
| 402008360 | City of Naperville | $ 2.05 | 175 W. Jackson Ave. | | Naperville | IL | 60566 |
| 402008640 | Clayton Engineering | $ 82.32 | 1885 E. Pleasant Valley Blvd. | | Altoona | PA | 16602 |
| 402008890 | CMI | $ 0.58 | PO Box 2110 | | Cherry Hill | NJ | 08034-0152 |
| 402009000 | CNG Producing | $ 244.15 | PO Box 62764 | | New Orleans | LA | 70162 |
| 385 | Commonwealth Business | $ 15.40 | 400 Windsor Corporate Ctr. | 50 Millstone Road, Suite 200 | East Windsor | NJ | 08520 |
| 294 | Connolly's Paints | $ 2.74 | 14 S. Shermab Street | | York | PA | 17403 |
| 402010000 | Crane-Pro | $ 25.36 | 7460 Clover Ave. | | Mentor | OH | 44060 |
| 402010740 | D M E Unlimited | $ 5.52 | 5726 Cortez Rd. W. #256 | | Bradenton | FL | 34210 |
| 402010900 | Danka Office Imaging | $ 12.99 | 2600 Manitou Road | | Rochester | NY | 14653-6302 |
| 402011210 | Davis Pulmonary Assoc. | $ 2.86 | 1863 Center St | | Camp Hill | PA | 17011 |
| 402011390 | Dayoo | $ 4.60 | 1863 Center St | | Camp Hill | PA | 17011 |
| 402011520 | D-Bug | $ 25.99 | 580 Hollow Road | PO Box 789 | Phoenixville | PA | 19460 |
| 402011710 | Dean Betler | $ 1.80 | RD#2, Box 3208 | | Latrobe | PA | 15650 |
| 402011870 | Delaware Industrial Supply | $ 77.32 | 106 W. Ayre St. | | Newport | DE | 19804 |
| 402011920 | Devileg Bullaro Services Group | $ 156.31 | 10100 Forrest Hills Rd. | PO Box 3087 | Rockford | IL | 61111 |
| 402012280 | Diagnostic Imaging of Ltn | $ 12.97 | 310 S. Main St., Suite G | | Yeagertown | PA | 17099 |
| 402012350 | Do-All Harrisburg | $ 180.63 | 4850 Philadelphia Pike | PO Box 4218 | Reading | PA | 19605 |
| 543 | Document Solutions | $ 3.54 | 144 Main Street - Suite N | | East Hartford | CT | 06118 |
| 402012640 | Dominion Exploration & Production | $ 250.20 | 1450 Poydras St | | New Orleans | LA | 70112-6000 |
| 402013270 | Dowling, Fred | $ 1.27 | R.D.#2, Box 2010 | | Port Royal | PA | 17082 |
| 684 | Earhart, Norman | $ 0.27 | R.D.#1 | | New Alexandria | PA | 15670 |
| 402013380 | Earth Sciences Consultants | $ 167.70 | One Triangle Lane | | Export | PA | 15632 |
| 402013850 | Eastern Fluid Power | $ 22.75 | PO Box 657 | 550 Grove Road | Thorofare | NJ | 08086 |
| 402014020 | Elkem Metals | $ 152.33 | Dept L147P | | Pittsburgh | PA | 15284 |
| 402014420 | Emery Worldwide | $ 24.05 | Box 371232M | | Pittsburgh | PA | 15250 |
| 402014570 | Eutectic Corp | $ 88.93 | 1515 Brook Drive | | Downers Grove | IL | 60515 |
| 402014580 | F.T. Thomas Pump & Supply | $ 18.64 | 500 Millers Run Road | PO Box 536 | Morgan | PA | 15064 |
| 402014690 | F.A.P. Company | $ 15.95 | Columbiana Industrial Park | PO Box 173 | Columbiana | OH | 44408 |
| 402014700 | Family Health Associates | $ 9.70 | 27 Sandy Lnae, Suite 170 | 156 Nulf Drive | Lewistown | PA | 17044 |
| 402014790 | Federal Products Corp | $ 109.65 | 307 E. Chestnut St. | | Mifflinburg | PA | 17844 |
| 452 | Felbaum, G.J. | $ 5.23 | 10600 York RD | Suite 105 | Hunt Valley | MD | 21030-2351 |
| 402015980 | Franc, Matthew R. | $ 8.32 | C/O Douglas Felbaum | 113 Loyalhanna Ave | Loyalhanna | PA | 15661 |
| 402016110 | Franklin Brine Treatment | $ 9.77 | 505 Edgewood Circle | | Cranberry Township | PA | 16066 |
| 402016320 | French Screw Machine | $ 6.59 | PO Box 910650 | | Dallas | TX | 75391-0650 |
| | | $ 6.45 | Center Dr - Building D14 | | Latrobe | PA | 15650 |

| ID | Name | Amount | Address | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 402016420 | Frost Controls | $ 3.71 | Industrial Drive South | | Smithfield | RI | 02817 |
| 63 | Furnace Parts | $ 288.05 | 1648 St. Clair Ave. | | Cleveland | OH | 44114 |
| 402016780 | G.E. Supply Co. | $ 198.96 | 9100 Purdue Road | Suite 400 | Indianapolis | IN | 46268 |
| 402016840 | Gage Lab Corp. | $ 1.22 | Gage Lab ln | | Hatfield | PA | 18440-1936 |
| 402017420 | Geisinger Clinic | $ 2.31 | North Academy Ave. | 2331 Topax Dr | Danville | PA | 17822 |
| 1041 | General Electric Co. | $ 198.96 | C/O Glenn M. Reisman, Esq. Atty | | Shelton | CT | 06484-0861 |
| 402017480 | General Electric Int'l. | $ 209.05 | General Electric | PO Box 861 | Sailx | PA | 151952 |
| 402017520 | Genteiman Jim's Car Care | $ 0.69 | 1209 Jefferson Street | | Latrobe | PA | 15650 |
| 402017820 | Gilbert's Truck Repair | $ 130.94 | Route 322 PO Box 89 | 271 Baumgardner Rd | Milroy | PA | 17063 |
| 402018250 | Goodall Rubber Co. | $ 11.75 | 101 Ludlow Drive | | Ewing | NJ | 08638 |
| 405019070 | Gregg Electronics | $ 31.27 | PO Box 218 | | Pine Grove Mills | PA | 16868 |
| 402019410 | Haas Corp. | $ 10.26 | PO Box 202 | | Conshohocken | PA | 19428 |
| 228 | Hassinger, Robert | $ 151.21 | 4211 E. Main Street | 264 E. Pine Grove Road | Belleville | PA | 17004-9221 |
| 402021800 | Helwig Carbon Prod. | $ 4.78 | Box 10267 | | Milwaukee | WI | 53210 |
| 402022140 | Herr Pump Co | $ 6.99 | PO Box 175 Drive | | Lancaster | PA | 17603 |
| 402022190 | Hershey, Milton S Medical Cent | $ 9.79 | PO Box 828826 | 2550 N. 30th St. | Philadelphia | PA | 19182-8826 |
| 402023050 | Holnaider, Bruno IL & Diane | $ 27.15 | R.D. #2 Box 262C | 211 North Ann Street | Latrobe | PA | 15650 |
| 402023060 | Holy Spirit Hospital | $ 5.71 | North 21st. Street | | Camp Hill | PA | 17011 |
| 402024260 | IBM Corp. | $ 469.41 | 365 N. Science Park Rd. | | State College | PA | 16803 |
| 978 | IBM Credit Corp. | $ 144.45 | B.H. Shideler | | Oakbrook | IL | 60523 |
| 402024350 | Independent Freightway | $ 302.20 | PO Box 75492 | | Chicago | IL | 60675 |
| 402024380 | Industrial Health Foundation | $ 5.52 | 34 Penn Circle West | | Pittsburgh | PA | 15206 |
| 179 | ING-Buro Dr. Koppers | $ 352.93 | Technologie Zentrum Hamttec | 2707 Butterfield Road | | GERMANY | |
| 402024490 | Innovation Group | $ 9.81 | 39 Old Ridgebury Rd, Suite P4 | D-59065 Hamm | Danbury | CT | 06810 |
| 402024500 | Instron Corp. | $ 5.92 | 100 Royall St | | Canton | MA | 02021 |
| 402024610 | Instrumentation Associates | $ 5.79 | 630 S. Parkway Drive | | Broomall | PA | 19008 |
| 402024520 | Insul Company | $ 330.03 | 110 N. Market St. | | E. Palestine | OH | 44413 |
| 402024610 | Ireland, Charles F | $ 9.82 | 528 Austin Street | | Greensburg | PA | 15601 |
| 402025180 | JHL Foundry | $ 114.38 | PO Box 1084 | | Mt. Pleasant | PA | 15666 |
| 402025350 | John H. & Edith M. Escher | $ 0.11 | 7809 Union Street | | Pittsburgh | PA | 16218 |
| 402025410 | John Roskovensky | $ 6.20 | RD#2, Box 269C | | Latrobe | PA | 15650 |
| 402025460 | Johnson Imaging Systems | $ 26.02 | 8 South 18th St. Box 215 | | Camp Hill | PA | 17011-0215 |
| 402026040 | Joret Enterprises | $ 15.30 | CCI Box 207 | | Vermilion | OH | 44089 |
| 484 | Josten's Inc. | $ 45.58 | PO Box 381 | | Buffalo | MN | 55313 |
| 402027270 | Keystone Crane & Hoist Co. | $ 3.01 | PO Box 916 | | McMurray | PA | 15317 |
| 402027310 | Keystone Learning | $ 135.33 | 85 East Bay Blvd | | Provo | UT | 84606 |
| 346 | Keystone Systems | $ 60.80 | 584 Dinnerbell Road | | Butler | PA | 16002 |
| 402027440 | King Distribution & Transfer | $ 21.20 | 810 River Ave, North Side | | Pittsburgh | PA | 15212 |
| 402027480 | Kinko's Copy Center | $ 0.63 | 101 North Atherton Street | | State College | PA | 16801 |
| 402027650 | Kish Printing | $ 73.69 | 13 South Dorcas St. | | Lewistown | PA | 17044 |
| 402028400 | Knouse Computer Store | $ 47.70 | 26 E. Market St. | | Lewistown | PA | 17044 |
| 402028880 | Kramer, Barry E. | $ 9.69 | PO Box 104 | | Beaver Springs | PA | 17812 |
| 402029120 | Kunkle, Herber L. | $ 39.38 | 911 University Drive | | State College | PA | 16801 |
| 402029240 | L/3 Water Service | $ 1.74 | 550 South High St. | | Selinsgrove | PA | 17870 |
| 402029270 | La Salle Transport | $ 3.12 | 8 La Salle St. | | Welland On | CANADA | L3B-4J7 |
| 402029370 | Lakewood Chemical & Supply | $ 105.90 | 110 N. Market St, | | East Palestine | OH | 44413 |
| 402029400 | Lamson Corp. | $ 19.51 | PO Box 4857 | | Syracuse | NY | 13221 |
| 618 | Latrobe Construction Co. | $ 19.01 | PO Box 150 | | Latrobe | PA | 15650-0150 |
| 402029700 | Latrobe Glass & Mirro | $ 8.69 | Route 30 | Box 56 | Latrobe | PA | 15650 |
| 402030040 | Lectromelt | $ 148.67 | A Unit of Salem Furnace Co. | PO Box 2222 | Pittsburgh | PA | 15230 |
| 402030150 | Leeper, Edward M Jr | $ 230.64 | 10 Deb Drive | | Lewistown | PA | 17044 |
| 402030600 | Leslie, James J | $ 10.10 | 1118 Thunderbird Ln. | | Naperville | IL | 80563 |
| 402031470 | Lucas, Paul & Rosemary | $ 0.21 | PO Box 609 | | Latrobe | PA | 15650 |
| 590 | Lue-Rich Holding Company | $ 192.19 | C/O Robert J. Bluming, Esquire | 1200 Koppers Building | Pittsburgh | PA | 15219 |
| 373 | Lyter, Joseph M | $ 9.32 | 23 N. Grand Street | | Lewistown | PA | 17044 |
| 718 | M2 Lease Funds | $ 4,070.71 | 401 Charmany Drive | | Madison | WI | 53719 |
| 402032070 | Mallett Technology | $ 213.68 | 121 Hillpointe Drive | Suite 300 | Canonsburg | PA | 15317-9502 |
| 402032480 | Martin & Pagenstecker | $ 1,071.39 | 330-1/2 North Meridian Road | | Youngstown | OH | 44509 |
| 402033450 | McClure Co | $ 439.39 | 2766 West College Avenue | Suite 1 | State College | PA | 16801 |
| 402033830 | McJunkin Appalachian Oil Field | $ 49.73 | 100 Jack Drive | | Indiana | PA | 15701 |
| 402034120 | McLaughlin, Inc | $ 210.00 | 10 Duff Road - Suite 202 | | Pittsburgh | PA | 15235 |
| 402034610 | Megator Corp | $ 47.39 | 562 Alpha Drive | | Pittsburgh | PA | 15238 |
| 388 | Mendler's Shoe Store | $ 28.41 | 321 Main Street | | Latrobe | PA | 15650 |
| 402034910 | Metal Goods Service Centers | $ 7.37 | Division of Alcan Aluminum | Owner: Joseph P. Spillar | Philadelphia | PA | 19154 |
| 402034950 | Metimex Corp | $ 104.11 | PO Box 707 | Norcom & Charter Roads | Lewistown | PA | 17044 |
| 402035020 | M-HF Inc | $ 85.92 | PO Box 400134 | Charles & Juniata Streets | Pittsburgh | PA | 15268-0134 |
| 402035070 | Mid-Atlantic Calibration | $ 17.03 | 231 Beachwood Road | | Pasadena | MD | 21122 |
| 402035080 | Mid-East Gas Gathering | $ 11.12 | PO Box 1378 | | Indiana | PA | 15701 |
| 77 | Midsouth Graphite | $ 744.69 | PO Box 279 | | Dora | AL | 35062 |
| 402035220 | Miller Inc | $ 504.34 | PO Box 196 | 3327 Industrial Blvd. | Bethel Park | PA | 15102 |
| 402035650 | Minerals US Inc | $ 218.96 | 105 Raider Blvd. | | Belle Mead | MJ | 08502 |
| 402037520 | National Car Rental System | $ 31.28 | PO Box 280 | | Minneapolis | MN | 55440-0280 |
| 402037530 | National Pollution Funds | $ 25.09 | Commander, US Coast Guard | 4200 Wilson Boulevard | Arlington | VA | 22203 |
| 402037540 | National Prescription | $ 23.45 | Administrators, Inc. | PO Box 8500-51795 | Philadelphia | PA | 19178-8500 |

| Account | Vendor | Amount | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| 402037840 | Neurological Inst of W. Pa | $ 12.95 | R.D.#7, Old Rte. 30 | | Greensburg | PA | 15501 |
| 402037890 | Newark Electronics | $ 3.37 | 100 High Tower Blvd. | | Pittsburgh | PA | 15205 |
| 752 | North American Refractories Co | $ 206.61 | 800 Grant Street | Attn: Michael A. Schalk, Esq. | Pittsburgh | PA | 15219 |
| 402038310 | North American Steel Co | $ 44.98 | 18300 Miles Avenue | | Warrensville Hts | OH | 44128 |
| 402038500 | Nucore | $ 56.13 | 2018 South Sixth Street | | Indiana | PA | 15701 |
| 402038490 | Nu-Mark Co | $ 11.20 | Box 179 Greendale Station | | Worcester | MA | 01606 |
| 402038890 | Omega World Travel | $ 27.20 | 2171 Sandy Dr 110 | | State College | PA | 16803-2283 |
| 402038930 | Operating and Maintenance Spec | $ 2.00 | PO Drawer 11177 (Zip 28220) | | Charlotte | NC | 28217 |
| 402039270 | PA Physical Medicine | $ 2.59 | Berkshire Center, Suite 302 | 130 Southside Drive | Greensburg | PA | 15601-9328 |
| 402039290 | Pasco Fluid Power | $ 21.65 | 410 Commerce Park Dr | Route 30 | Cranberry Township | PA | 16065 |
| 402039710 | Paul Markle Sr. | $ 1.02 | RD#8, Box 146 | | Greensburg | PA | 15601 |
| 402039800 | Pawl, John L. | $ 3.92 | 3309 Sparkleberry CT SE | | Southport | NC | 28461-8555 |
| 557 | Pederson & Pederson | $ 14.71 | 1191 Pittsburgh Rd | | Valencia | PA | 16059 |
| 402040080 | Penn Anesthesia Services | $ 19.81 | PO Box 589 | | Chappaqua | NY | 10514 |
| 402040270 | Pennsylvania Sling Co | $ 4.51 | 2550 R. Paxton Street | | Harrisburg | PA | 17111 |
| 402040320 | Pentacon Industrial Group | $ 99.47 | 999 Eighth Avenue | | Glenshaw | PA | 15116 |
| 402040650 | Petry & Morrow | $ 3,563.54 | 820 Vogelsong Road | | York | PA | 17404 |
| 402040690 | Pferd Milwaukee Brush | $ 18.23 | 1320 Ben Franklin Highway East | | Menomonee Falls | WI | 53052 |
| 402040700 | Pfrommer LLC, John | $ 199.47 | 2003-3 Case Parkway So. | | Douglasville | PA | 19518 |
| 402040820 | Physician Sales & Service | $ 1.13 | 2003-3 Case Parkway South | | Twinsburg | OH | 44087 |
| 402040830 | Physician Sales & Service Co | $ 15.01 | Suite 1630 | | Twinsburg | OH | 44087 |
| 402040840 | Pickands Mather Sales | $ 105.88 | 3443 N. Central Ave. | 1422 Euclid Avenue Suite 1200 | Cleveland | OH | 44115 |
| 402040950 | Pioneer Research Corp | $ 178.33 | | | Phoenix | AZ | 85012 |
| 402041090 | Pittsburgh Johnstown Altoona Express | $ 4.28 | PO Box 3270 | | Pittsburgh | PA | 15230 |
| 402041110 | Pittsburgh Welding & | $ 0.11 | Forge Corp | | Zelienople | PA | 16063 |
| 402041230 | Pocket List of Railroad Officials | $ 19.45 | PO Box 653 | PO Box 96 | Holmes | PA | 19043-9959 |
| 402041830 | Pro Forklift Parts | $ 133.59 | 155558 South Keeler Street | | Olathe | KS | 66082 |
| 402041850 | Process Systems Eng. Group | $ 6.29 | 1135 Phoenixville Pike | | West Chester | PA | 19380 |
| 402041860 | Process Systems Engineering | $ 18.75 | 1500 Gehman Road | | Harleysville | PA | 19438 |
| 1067 | Process Technologies | $ 16.62 | C/O D&B/RMS Bankruptcy Services | PO Box 5128 | Timonium | MD | 21094 |
| 402041880 | Proconex | $ 0.01 | 3578 Concord Road | | York | PA | 17402 |
| 773 | Progress Vanguard Corp | $ 186.32 | (Formerly CAE Vanguard Corp.) | 175 W. Chicago Ave. | East Chicago | IN | 46312 |
| 402042090 | Purchased Parts Group | $ 127.08 | Pickering Creek Industrial | 208 Philips Road | Lionville | PA | 19353 |
| 402042260 | Pyrotrol Systems | $ 5.00 | PO Box 340 | | Millerstown | PA | 17062 |
| 402042270 | Q-Cee's Product Corp. | $ 3.98 | 2351 Circadian Way | | Santa Rosa | CA | 95407 |
| 402042290 | Quantum Imag & Thera Assoc | $ 2.72 | Quantum Imaging | 2527 Cranberry Hwy | Wareham | MA | 02571-1046 |
| 402042330 | R&H Service | $ 16.12 | 1425 Babcock Blvd | | Pittsburgh | PA | 15209 |
| 210 | R.L. Miller, Inc. | $ 504.62 | 3327 Industrial Blvd. | | Bethel Park | PA | 15102 |
| 402042420 | Radio Shack | $ 6.23 | Greater Lewistown Plaza | | Burnham | PA | 17009 |
| 402042430 | Radiologic Consultants | $ 2.80 | 207 Allegheny St. | 1212 East Mason Ave | Tarentum | PA | 15084 |
| 402042630 | Ramcliff Supply Co | $ 15.66 | PO Box 1186 | | York | PA | 17405 |
| 402042730 | Ransome Lift Equipment | $ 193.93 | 1031 Columbus Street | | Lemoyne | PA | 17043 |
| 402043340 | Reliance Standard Life Insur | $ 127.95 | PO Box 8500 (5000) | | Philadelphia | PA | 19178-5000 |
| 402043440 | Rental Service Corp | $ 42.60 | RR1, Box 141 | | Millerstown | PA | 17062-9703 |
| 402043590 | Rhoads and Son, J.E. | $ 7.39 | 24 County Line Road | | Somerville | NJ | 08876 |
| 402044140 | Riverside Anesthesia Assoc | $ 25.36 | 207 House Ave., Ste 102 | | Camp Hill | PA | 17011 |
| 402044520 | Rolex Co. | $ 74.20 | 385 Hillside Ave. | | Hillside | NJ | 07205 |
| 402044530 | Rolling Mill Service | $ 14.32 | 12150 W. 187th Street | | Mokena | IL | 60448 |
| 1053 | Roskovensky, John | $ 7.85 | RD #2 Box 269C | | Latrobe | PA | 15650 |
| 402045580 | Safety-Kleen Oil Service | $ 41.63 | PO Box 427 | Foot of Katherine St. | Buffalo | NY | 14205 |
| 402045630 | SAIC Environmental Restoratoln | $ 75.51 | System (ERS) | 9 Dogwood Lane | Middletown | PA | 17057 |
| 402045790 | Schaedler Bros. | $ 396.86 | 1030 South 13th Street | PO Box 2008 | Harrisburg | PA | 17701 |
| 402045570 | Sevem Trent Laboratories | $ 81.02 | 450 William Pitt Way | | Pittsburgh | PA | 15238 |
| 900 | Siempelkamp Pressen Systems GMBH & Co. | $ 2,941.86 | Cohen & Grigsby, P.C. | 10 Stanwix Street, 15th Floor | Pittsburgh | PA | 15222 |
| 402048880 | Snap-On Tools | $ 1.26 | RD #1 Box 252 | | Centre Hall | PA | 16828 |
| 402048900 | SNET | $ 7.67 | Box 1861 | | New Haven | CT | 06508 |
| 402050070 | Stamore Farms | $ 42.18 | R.D. #7 | Box 177 | Latrobe | PA | 15850 |
| 402050130 | Standard Register | $ 43.21 | Document Management Division | Cricket Field Plaza, Suite 107 | Altoona | PA | 16502 |
| 402050140 | Standard Machinist Supply | $ 11.72 | PO Box 428 | | Latrobe | PA | 15650 |
| 402050160 | Stanley Mowery | $ 1.18 | 7683 Ferguson Valley Rd | | Mceytown | PA | 17051 |
| 402051180 | Struers, Inc | $ 0.59 | 20102 Progress Drive | | Cleveland | OH | 44136 |
| 402052230 | Techint Technologies, Inc | $ 134.44 | Salem Furnace Co. | PO Box 2222 | Pittsburgh | PA | 15230 |
| 1 | Telco, Inc. | $ 5.55 | Telco Fluid Power | 9299 Market Pl | Broadview Heights | OH | 44147-2832 |
| 402052290 | Telemotive Industrial Controls | $ 6.37 | 175 Wall Street | | Glendale Heights | IL | 60139-1985 |
| 402052940 | Tony's Cottage Inn | $ 7.20 | PO Box 308 | | Lewistown | PA | 17044 |
| 402052950 | Tops | $ 3.57 | 540 Delwar Road #3 | | Pittsburgh | PA | 15236 |
| 402052990 | TPC Wire & Cable Co | $ 13.91 | 4500 Euclid Avenue | | Cleveland | OH | 44103 |
| 402053000 | Tracer Control Co. | $ 120.42 | 100 Owendale Drive | PO Box 94884 Suite K | Troy | MI | 48083 |
| 402053010 | Transcat-EIL | $ 11.73 | 400 Business Center Drive | | Pittsburgh | PA | 15205 |
| 402053290 | Tri-Dim Filter | $ 4.51 | PO Box 3208 | | Allentown | PA | 18106 |
| 402053560 | U.E.C. Industrial Hygiene Lab | $ 149.82 | USX Eng. & Consultants Inc. | 4000 Tech Center Drive | Monroeville | PA | 15146 |
| 242 | UAI Group | $ 316.46 | 495 Highlands Blvd | | Coatesville | PA | 19320 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 402053600 | Ucar Carbon Co | $ 1,056.24 | PO Box 260004-M | | Pittsburgh | PA | 15250-0004 |
| 402053830 | Univerity Othopedics Center | $ 79.38 | 101 Regent Court | | State College | PA | 16801 |
| 942 | Urban, Elizabeth G. | $ 1.13 | 2401 Ramblewood Dr. | | Wexford | PA | 15090 |
| 627 | USX Engineers and Consultants | $ 150.55 | 8000 Tech Center Drive | | Monroeville | PA | 15146 |
| 402054350 | Vectran Corp | $ 126.96 | 2170 William Pitt Way | | Pittsburgh | PA | 15238-1357 |
| 402054360 | Veitsch Radex North American | $ 31.37 | 1100 Liberty Ave. | Suite E205 | Pittsburgh | PA | 15222-4240 |
| 402054380 | Verizon | $ 170.50 | #4 Gateway Center, 19th Floor | | Pittsburgh | PA | 15222 |
| 402054420 | Vesuvius/Lava, Foundry | $ 115.85 | 681 Willet Road | | Buffalo | NY | 14218 |
| 402054440 | Voest-Alpine | $ 290.80 | Penn Center West | Building Four | Pittsburgh | PA | 15276 |
| 37 | Voshall, Karen | $ 2.01 | 4604 Young Deer Dr. | | Cumming | GA | 30041-8953 |
| 246 | W.E. Brosius | $ 19.94 | PO Box 59 | | Bridgeville | PA | 15017 |
| 982 | Waste Management | $ 1.45 | 1120 Miller Picking Rd | | Davidsville | PA | 15928 |
| 402055630 | Watteredge-Uniflex | $ 87.32 | 567 Miller Road | | Avon Lake | OH | 44012 |
| 381 | Waukesha Bearings/Hydratight Sweeney | $ 2.04 | PO Box 1616 | | Waukesha | WI | 53187-1616 |
| 402056270 | Western PA Hand Center | $ 2.29 | 127 Anderson Street | | Pittsburgh | PA | 15212 |
| 402226280 | Western Railway Club | $ 9.81 | PO Box 2244 | | Naperville | IL | 60565 |
| 402056680 | White, Mike | $ 9.98 | 308 Stoneleigh Lane | | Oswego | IL | 60543 |
| 402056700 | White, Robert G. & Lois | $ 6.45 | R.D.#2 Box 107 | | Derry | PA | 15627 |
| 402058220 | Xesystems | $ 10.59 | 1750 112th Avenue/NE | Suite D151 | Bellevue | WA | 98004 |
| 402058640 | Yost Distributors | $ 42.90 | 1928 Greenwood Street | | Harrisburgh | PA | 17104 |
| | SubTotal | $28,653.80 | | | | | |