## ("Exhibit A")
## LIMITED POWER OF ATTORNEY

Know all men by these presents:

That I (please print) __John Engelbrecht__ as the lawful representative of **M2 Lease Funds LLC (M2)** located at 175 N.Patrick Blvd.(Suite140),Brookfield,WI 53045,do hereby appoint **Robert V. Kelly of National Recovery Services,Inc.**, Post Office Box 462, Spring Lake,NJ 07762 in accordance with the compensation agreement on the Funds Recovery Contract,to represent **M2** and to act as its attorney in fact in its name,place and stead,for its use and benefit,only for the matter of retrieving and recovering on its behalf unclaimed funds which he may locate once that are due to M2 from the Bankruptcy of **FFC Holding,Inc.**

Any future unclaimed funds located by Robert V. Kelly are not covered by this agreement.

For this stated purpose, I give and grant unto Robert V. Kelly full power and authority to do and perform all and every act and thing whatsoever requisite and necessary to be done for this particular purpose, which I might or could do or cause to be done if personally present.

### THIS DOCUMENT CANNOT BE USED FOR ANY OTHER PURPOSE!

**Executed this** __8__ **day of** __Sept__ __2009__

▫ You must sign, **HAVE SIGNATURE NOTARIZED** and insert Federal Tax ID Number in the area provided below.

**Notary Public**

Signature __[signed]__
Title __CEO__

__7986__
Federal Tax ID Number