UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re:FFC Holding,Inc. | ) | Case No.01-02399 |
| | ) | |
| | ) | Chapter 11 |
| | ) | |
| | ) | Judge:Hon.Mary F.Walrath |
| Debtor | ) | Ref. Docs. 1069 & 1075 |

## ORDER FOR RELEASE OF FUNDS IN THE UNCLAIMED FUNDS REGISTRY

Upon consideration of the Motion filed by Robert V.Kelly of National Recovery Services,Inc.as the Attorney-Fact for M2 Lease Funds LLC (Claimant) for release of funds paid in to the Court under 11U.S.C.# 347 and 28 U.S.C.#2041,and it appearing that the Claimant is entitled to the amount of $4,070.71,it is by the United States Bankruptcy Court for the District of Delaware,

**ORDERED**,that pursuant to Statutes 28 U.S.C. #2041 and U.S.C.#2042,the Bankruptcy Clerk for the District of Delaware shall pay these unclaimed funds to the order of:

> M2 Lease Funds LLC
> c/o Robert V.Kelly
> National Recovery Services,Inc.
> Post Office Box 462
> Spring Lake,NJ 07762

Dated: 11/17/09

United States Bankruptcy Judge

Cc:Ms.Jan Morrill-Financial Administrator-US Bankruptcy Ct.-Distr.of Delaware
   Mr.Robert V.Kelly-National Recovery Services,Inc.-PO Box 462-Spring Lake,NJ 07762